# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN ALCEDO and JOHN ALCEDO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL | : | |
| AUTOMOBILE INSURANCE COMPANY | : | NO. 18-4215 |

## ORDER

**NOW**, this 19th day of June, 2019, upon consideration of the Defendant's Motion for Judgment on the Pleadings (Document No. 13) and the plaintiffs' response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. It is **DECLARED** that the UIM coverage afforded the plaintiffs pursuant to Policy No. 088-1005-B29-38G issued by the defendant is $100,000.00; and,

2. **JUDGMENT IS ENTERED** in favor of the defendant and against the plaintiffs.

/s/ TIMOTHY J. SAVAGE J.